# First District Court of Appeal
## State of Florida

———————————————

No. 1D18-804

———————————————

B.C., a child,

    Appellant,

v.

State of Florida,

    Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
Suzanne Bass, Judge.

October 24, 2018

Per Curiam.

    Affirmed.

Wetherell, Bilbrey, and M.K. Thomas, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Andy Thomas, Public Defender, and Lori A. Willner, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Tabitha Herrera and Kaitlin Weiss, Assistant Attorneys General, Tallahassee, for Appellee.